FILED
CLERK, U.S. DISTRICT COURT

MAR   1 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | ED 11 MJ 60 |
| v. | |
| Emerson Jean Christie | ORDER OF TEMPORARY DETENTION |
| | PENDING HEARING PURSUANT |
| DEFENDANT(S). | TO BAIL REFORM ACT |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing
is set for __3-4-11_____, _____, at __1130__ ☐a.m. ☒p.m. before the
Honorable OSWALD PARADA_____, in Courtroom 3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.

_(Other custodial officer)_

Dated: __3-1-11_____

U.S. District Judge/Magistrate Judge